**Appeal Dismissed and Memorandum Opinion filed November 17, 2015.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-15-00779-CV**

---

**DARLENE SCOTT MCCRAY AND AARON MCCRAY, Appellants**

**V.**

**TRUNG NGUYEN, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1065855**

---

**M E M O R A N D U M   O P I N I O N**

This is an appeal from a judgment signed August 31, 2015. The notice of appeal was filed September 11, 2015. To date, our records show that appellants have not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207.

On October 21, 2015, this court ordered appellants to pay the appellate filing fee on or before November 4, 2015, or the appeal would be dismissed. Appellants

have not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.